JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AOL INC., CAMBIO ENTERTAINMENT, LLC, and AOL PRODUCTIONS LLC,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>JOHNATHON S. WOODS, and TWELVE 28 MEDIA LLC,<br><br>　　　　Defendants. | No. CV-14-06069 DSF (JCx)<br><br>**JUDGMENT PURSUANT TO STIPULATION**<br><br>Judge: Hon. Dale S. Fischer |

Pursuant to the Stipulation for Entry of Judgment dated July 13, 2015 ("Stipulation"), and good cause appearing:

IT IS ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of plaintiffs AOL Inc., Cambio Entertainment, LLC, and AOL Productions LLC (collectively "Plaintiffs"), and against defendant Johnathon S. Woods ("Woods"), as to Plaintiff's claim for relief for Fraud in the Complaint filed in the above-captioned action on or about August 1, 2014 [Claim for Relief IV], for damages in the amount of Seven Hundred and Fifty Thousand U.S. Dollars ($750,000.00), and pursuant to the terms of the Stipulation.  The Clerk is hereby ordered to enter the judgment in favor of Plaintiffs, and against Woods, as to Claim for Relief IV (Fraud), and to dismiss with prejudice the remaining claims for relief - I (RICO), II (RICO conspiracy), III (Conspiracy), V (Fraudulent inducement into contract), VI (Common law conversion) and VII (Statutory conversion).

JUDGMENT ENTERED:

7/16/15

Dated: _____          _____
                                Honorable Dale S. Fischer
                                United States District Judge

**Error! Unknown document property name.**

- 2 -

JUDGMENT PURSUANT TO STIPULATION
CV-14-06069 DSF (JCx)